IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| Theresa Bryan and Carl Rice, | ) | Case No.: 2:26-cv-00610-DCN |
| | ) | Former Case No.: 2026CP1500020 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | NOTICE OF REMOVAL |
| John Doe and DAMR Corporation, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

TO:     THE UNITED STATES DISTRICT COURT:

Defendant DAMR Corporation would respectfully show the Court in support of its Notice of Removal that:

1.     The Summons and Complaint in this action were filed on January 8, 2026 in the Court of Common Pleas for Colleton County, South Carolina.  Attached for the Court are copies of Plaintiff's Summons and Complaint.  The Complaint is the first pleading served upon the Defendant in this action and service was affected on or about February 2, 2026.  Therefore, removal is timely under 28 U.S.C. §1446(b).

2.     The United States District Court has jurisdiction over this action pursuant to 28 U.S.C. §1332.  The Plaintiffs are citizens and residents of the State of Florida; Defendant is a corporation organized pursuant to the laws of the State of Illinois and with a principal place of business in the State of Illinois.   The action has been brought by the Plaintiff against the Defendant for the alleged accident which occurred in Colleton County, South Carolina.

3.    Venue is proper in this matter in the Charleston Division of this Court in accordance with 28 U.S.C. §1441(a).

4.    Upon information and belief, the amount in controversy in this matter exceeds $75,000.00 as Plaintiffs' counsel has stated to Defendant's representatives that Plaintiff Bryan has in excess of $75,000 in medical bills and is continuing to receive treatment, and Plaintiff Rice has in excess of $15,000 in medical bills and is continuing to receive treatment.  Moreover, Plaintiffs' Complaint in this tractor-trailer versus tractor-trailer collision case alleges claims for personal injuries, including claims for past and future medical expenses, emotional distress and anxiety, pain and suffering, mental anguish, loss of enjoyment of life, and punitive damages.  Plaintiffs' Complaint also alleges a claim for personal property damage.

5.    Defendant has filed no pleadings in this action with the Court of Common Pleas for the State of South Carolina in response to this Complaint; however, Defendant's Answer to the Plaintiff's Complaint is filed herewith contemporaneously.

6.    Defendant has furnished a copy of this Notice of Removal to the Clerk of Court for Charleston County.

Respectfully submitted,

**SWEENY, WINGATE & BARROW, P.A.**

s/ Aaron J. Hayes
Mark S. Barrow Fed. I.D. No. 1220
Aaron J. Hayes Fed. I.D. No. 11196
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC  29211
(803) 256-2233

**ATTORNEYS FOR DEFENDANT DAMR CORPORATION**

Columbia, South Carolina
February 11, 2026