IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION           2:26-cv-00610-DCN

| | | |
|---|---|---|
| Theresa Bryan and Carl Rice, | ) | Case No.: 2026CP1500020 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **DEFENDANT DAMR CORPORATION'S** |
| | ) | **RESPONSES TO LOCAL RULE 26.01** |
| John Doe and DAMR Corporation, | ) | **INTERROGATORIES** |
| | ) | |
| | ) | |
| Defendants. | ) | |

TO:     THE UNITED STATES DISTRICT COURT:

Under the provisions of Local Rule 26.01, Defendant DAMR Corporation responds to the Court's Rule 26.01 Interrogatories as follows:

A.     State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER:**     None known at this time.

B.     As to each claim, state whether it should be tried jury or non-jury and why.

**ANSWER:**     Jury trial; demanded in complaint and answer in this negligence **action.**

C.     State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**ANSWER:** Upon knowledge and belief of counsel, Defendant DAMR Corporation is not a publicly owned corporation and 1) no publicly owned corporation owns 10% or more of its stock, 2) DAMR Corporation is not the parent corporation of any publicly owned corporation, and 3) DAMR Corporation does not own 10% or more of the outstanding shares of any publicly owned corporation.

D. State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER:** The collision occurred in Colleton County, South Carolina, which is within the Charleston Division of this Court.

E. Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which *may be* related regardless of whether they are still pending. Whether cases *are* related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical translations, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.[1]

**ANSWER:** None known at this time.

F. If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER:** Defendant is correctly identified.

G.	If you contend that some other person of legal entity is, in whole or in part, liable to you or the other party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER:**	None known at this time.

H.	[Parties or Intervenors in a Diversity Case.] In an action in which jurisdiction is based on diversity under 28 U.S.C SS 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to the party or intervenor. This response must be supplemented when any later even occurs that could affect the court's jurisdiction under SS 1332(a).

**ANSWER:**	**Defendant DAMR Corporation is a corporation organized pursuant to the laws of the State of Illinois, and has its principal place of business in the State of Illinois.**

Respectfully submitted,

**SWEENY, WINGATE & BARROW, P.A.**

s/ Aaron J. Hayes
Mark S. Barrow Fed. I.D. No. 1220
Aaron J. Hayes Fed. I.D. No. 11196
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC  29211
(803) 256-2233

**ATTORNEYS FOR DEFENDANT DAMR CORPORATION**

Columbia, South Carolina

February 11, 2026