# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

## CHARLESTON DIVISION

| | | |
|---|---|---|
| **Theresa Bryan and Carl Rice,** | ) | **Case No.:  2:26-cv-00610-DCN** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **DEFENDANT DAMR CORPORATION'S** |
| | ) | **MOTION TO COMPEL DISCOVERY** |
| **John Doe and DAMR Corporation,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

The Defendant, DAMR Corporation, by and through its undersigned counsel, hereby moves this Court for an Order, pursuant to Rule 37 of the Federal Rules of Civil Procedure, compelling Plaintiffs to provide complete responses to Defendant's discovery requests. Defendant First served Interrogatories and Requests for Production on Plaintiffs on April 22, 2026. *See* Discovery Requests attached as **Exhibit A**. On June 1, 2026, counsel for Defendant served upon counsel for Plaintiffs letter correspondence under Rule 11 of the Federal Rules of Civil Procedure providing an additional ten days to provide discovery responses. *See* Rule 11 Correspondence attached as **Exhibit B**. Shortly after serving the Rule 11 letter, counsel for Defendant and counsel for Plaintiffs agreed to a 30-day extension, making discovery responses due on June 22, 2026. Per Local Civil Rule 37.01(A), Defendant is also attaching this email correspondence. *See* **Exhibit C**.[1]

---

[1] Defendant is attaching the complete email chain evidencing the prior extension of time. The emails also contain settlement negotiation information, which has been redacted.

To date, Defendant has not received responses to its discovery requests. Defendant therefore respectfully requests that the Court issue an Order compelling Plaintiffs to provide full and complete responses to its discovery requests.

Respectfully submitted,

**SWEENY, WINGATE & BARROW, P.A.**

s/Jacob M. Kaufman
Mark S. Barrow Fed. I.D. No. 1220
Aaron J. Hayes Fed. I.D. No. 11196
Jacob M. Kaufman Fed. I.D. No. 14615
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC  29211
(803) 256-2233
msb@swblaw.com
ajh@swblaw.com
jmk@swblaw.com

**ATTORNEYS FOR THE DEFENDANT**

Columbia, South Carolina

July 8, 2026