<span style="color:red">EXHIBIT B</span>



## SWEENY WINGATE & BARROW

June 1, 2026

Reply to: Main Office

**Jacob M. Kaufman**
**(803) 256-2233**
**jmk@swblaw.com**

**VIA E-MAIL: jgraham@forthepeople.com**
Jonathan D. Graham, Esq.
Morgan & Morgan
4401 Belle Oaks Drive, 3rd Floor
North Charleston, SC 29405

RE:   Bryan and Rice v. John Doe and DAMR Corporation,
Civil Action No.:      2:26-cv-00610-DCN
Claim No.:             61A253196
Our File:              4187-16734

Dear John:

In reviewing my file, I noticed you have not yet responded to Defendant's First Interrogatories and Requests to Produce in the above-mentioned case. It looks like we sent them on April 22, 2026. Thus, responses were due May 22, 2026. Per Local Civil Rule 37.01(A), by June 12, 2026, I am required to file a Motion to Compel. Please provide responses to these discovery requests within 10 days of the date of today's letter so we can avoid the difficulty and expense of a Motion to Compel. Should you be unable to comply with this deadline, please contact me so we may decide upon a mutually agreeable date pursuant to Local Rule 37.01(A)

Yours truly,

**SWEENY, WINGATE & BARROW, P.A.**

Jacob M. Kaufman

JMK/tnn