7/8/26, 4:36 PM    2:26-cv-00610-BCN RE: *EXT*Theresa Bryan and Carl Rice v. John Doe and DAMR Corporation - Jacob Kaufman - Outlook  Date Filed 07/08/26    Entry Number 9-3    Page 1 of 5

EXHIBIT C

 **Outlook**

## RE: *EXT*Theresa Bryan and Carl Rice v. John Doe and DAMR Corporation

**From** Jonathan Graham <jgraham@forthepeople.com>

**Date** Mon 6/1/2026 11:37 AM

**To** Jacob Kaufman <JMK@swblaw.com>; TeamGraham <TeamGraham@forthepeople0.mail.onmicrosoft.com>

**Cc** Aaron J. Hayes <AJH@swblaw.com>; Mark S. Barrow <MSB@swblaw.com>; Tiffany N. Nelson <tnn@swblaw.com>

EXHIBIT C

Yeah, no problem. I think we had already agreed to an extension for y'all, so I have no objection to keeping things moving.



**Jonathan Graham**
**Attorney**

T: (843) 947-6063
F: (843) 947-6113

4401 Belle Oaks Drive, 3rd Floor,
North Charleston, SC 29405

**MORGAN & MORGAN**
**AMERICA'S LARGEST INJURY LAW FIRM**

$30B+ Recovered • 1,000+ Attorneys • 140+ Offices

A referral is the best compliment. If you know anyone that needs our help, please have them call our office 24/7.

From: Jacob Kaufman <JMK@swblaw.com>
Sent: Monday, June 1, 2026 11:21 AM
To: Jonathan Graham <jgraham@forthepeople.com>; TeamGraham <TeamGraham@forthepeople0.mail.onmicrosoft.com>
Cc: Aaron J. Hayes <AJH@swblaw.com>; Mark S. Barrow <MSB@swblaw.com>; Tiffany N. Nelson <tnn@swblaw.com>
Subject: Re: *EXT*Theresa Bryan and Carl Rice v. John Doe and DAMR Corporation

Hi John,

Sure, could we have an extension on Plaintiff's requests as well? Can we just set the deadline for June 22 as well for simplicity?

Thanks,



Jacob M. Kaufman |*Attorney*
Sweeny, Wingate & Barrow, P.A.

1515 Lady St. (29201)    T▪803-256-2233
PO Box 12129            F▪803-256-9177
Columbia, SC 29211      Web | Bio| Email

**From:** Jonathan Graham <jgraham@forthepeople.com>
**Sent:** Monday, June 1, 2026 11:15 AM
**To:** Tiffany N. Nelson <tnn@swblaw.com>; TeamGraham <TeamGraham@forthepeople0.mail.onmicrosoft.com>
**Cc:** Jacob Kaufman <JMK@swblaw.com>; Aaron J. Hayes <AJH@swblaw.com>; Mark S. Barrow <MSB@swblaw.com>
**Subject:** RE: *EXT*Theresa Bryan and Carl Rice v. John Doe and DAMR Corporation

Thanks, Tiffany. Would you mind sending over the Word shells?

Aaron and Jacob, these slipped past me in my emails. Would you mind agreeing to a 30-day extension from the original deadline, making these due on June 22?

## Jonathan Graham

**Attorney**

**T:** (843) 947-6063
**F:** (843) 947-6113

4401 Belle Oaks Drive, 3rd Floor,
North Charleston, SC 29405



$30B+ Recovered • 1,000+ Attorneys • 140+ Offices

A referral is the best compliment. If you know anyone that needs our help, please have them call our office 24/7.

---

**From:** Tiffany N. Nelson <tnn@swblaw.com>
**Sent:** Monday, June 1, 2026 11:07 AM
**To:** Jonathan Graham <jgraham@forthepeople.com>; TeamGraham <TeamGraham@forthepeople0.mail.onmicrosoft.com>
**Cc:** Jacob Kaufman <JMK@swblaw.com>; Aaron J. Hayes <AJH@swblaw.com>; Mark S. Barrow <MSB@swblaw.com>
**Subject:** *EXT*Theresa Bryan and Carl Rice v. John Doe and DAMR Corporation

**CAUTION:** Use caution when clicking on links or opening attachments in this external email.

Good morning,

Please see the attached correspondence in the above-referenced matter.

EXHIBIT C

Thank you,

Tiffany Nelson


Tiffany N. Nelson |*Legal Assistant to Aaron J. Hayes and Jacob M. Kaufman*
Sweeny, Wingate & Barrow, P.A.



| [tnn@swblaw.com](mailto:tnn@swblaw.com) | |
|---|---|
| 1515 Lady St. (29201) | T ▪ 803-256-2233 |
| Post Office Box 12129 | F ▪ 803-256-9177 |
| Columbia, SC 29211 | Web |

2:26-cv-00610-BCN    Date Filed 07/08/26    Entry Number 9-3    Page 5 of 5

EXHIBIT C

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material  Any unauthorized review, use, disclosure, or distribution is prohibited  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.