# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# CHARLESTON DIVISION

| | | |
|---|---|---|
| **Theresa Bryan and Carl Rice,** | ) | **Civil Action No.: 2:26-cv-00610-DCN** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CONSENT ORDER GRANTING MOTION TO COMPEL** |
| | ) | |
| **John Doe and DAMR Corporation,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter came before the Court on Defendant DAMR Corporation's Motion to Compel Discovery. (ECF # 9). As evidenced by their signatures below, the parties consent to this Order requiring Plaintiffs to provide their discovery responses to Defendant DAMR Corporation no later than seven days from the entry of this Order.

AND IT IS SO ORDERED.

_____

David C. Norton
United States District Judge

August 4, 2026
Charleston, South Carolina

1

**WE SO CONSENT:**

By:  s/Jonathan Graham
Jonathan D. Graham
State Bar No. 105763
Federal Bar No. 13969
E-Mail: jgraham@forthepeople.com
4401 Belle Oaks Drive, Suite 300,
North Charleston, SC 29405
(843) 947-6063
*Counsel for Plaintiff*

s/ Aaron J. Hayes
Jacob M. Kaufman, Fed Id. No. 14615
jmk@swblaw.com
Aaron J. Hayes, Fed Id. No. 11196
ajh@swblaw.com
Mark S. Barrow, Fed Id. No. 1220
msb@swblaw.com
Sweeny, Wingate & Barrow, P.A.
PO Box 12129
Columbia, SC 29201
(803) 256-2233
*Attorneys for the Defendants*

August 3, 2025