**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**CHARLESTON DIVISION**

| | | |
|---|---|---|
| **Theresa Bryan and Carl Rice,** | ) | **Case No.: 2:26-cv-00610-DCN** |
| **Plaintiffs,** | ) | |
| **v.** | ) | **CONSENT MOTION FOR ENTRY OF NEW SCHEDULING ORDER** |
| **John Doe and DAMR Corporation,** | ) | |
| **Defendants.** | ) | |

This matter comes before the Court upon the motion of the Plaintiffs Theresa Bryan and Carl Rice and Defendant DAMR Corporation. The parties respectfully move for an Amended Scheduling Order pursuant to Rule 26(f) of the Federal Rules of Civil Procedure for the purposes of setting forth a plan and schedule for the discovery, mediation, and trial of the above-captioned action.

The parties hereby advise the Court that they have exchanged discovery requests and responses, have submitted subpoenas, and have received subpoena responses. The parties are currently working to schedule the depositions of both Theresa Bryan and Carl Rice. The parties have also been engaged in discussions to resolve the case. Due to the upcoming holiday season and difficulties in scheduling depositions, the parties request additional time to be able to evaluate the need for experts and conduct mediation prior to trial.

The parties request an additional ninety days to the remaining deadlines in the current scheduling order, as reflected in the chart below and in its Proposed Amended Scheduling Order:

| **Line Item** | **Current Deadline** | **Proposed Amended Deadline** |
|---|---|---|
| Identification of experts Defendant expects to call at trial | November 16, 2026 | February 16, 2027 |
| Discovery | March 5, 2027 | June 4, 2027 |
| Dispositive Motions | April 5, 2027 | July 6, 2027 |
| Mediation | May 3, 2027 | August 2, 2027 |
| Trial | May 3, 2027 | August 2, 2027 |

Pursuant to Local Rule 6.01, the parties further provide the court with the following information: (1) the dates of the current deadlines are contained in the chart above; (2) these deadlines were previously extended on May 14, 2026 with entry of the current Amended Conference and Scheduling Order (*see* Entry No. 8); (3) the parties request an additional ninety-day extension to the remaining deadlines; (4) the proposed amended deadlines are contained in the chart above; and (5) the extension requested would affect all remaining pending deadlines in the current scheduling order.

Understanding the careful consideration the Court takes in formulating the deadlines set forth in its scheduling order, the parties have striven to diligently adhere to the Court's amended scheduling order. To date, the parties have exchanged written discovery requests. Additionally, the parties are working to complete the depositions of the Plaintiffs and the Defendant. However, due to difficulties in the scheduling of depositions and the upcoming holidays, the parties submit that an amendment of the scheduling order is necessary to complete the remaining discovery tasks.

For these reasons, the parties respectfully request the Court enter the amended scheduling order submitted herewith via email.

Respectfully submitted,

s/Jacob M. Kaufman
Mark S. Barrow Fed. I.D. No. 1220
Aaron J. Hayes Fed. I.D. No. 11196
Jacob M. Kaufman Fed. I.D. No. 14615
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC 29211
(803) 256-2233
msb@swblaw.com
ajh@swblaw.com
jmk@swblaw.com

*Attorneys for Defendant DAMR Corporation*

By: Jonathan D. Graham
Jonathan D. Graham
State Bar No. 105763
Federal Bar No. 13969
E-Mail: jgraham@forthepeople.com
4401 Belle Oaks Drive, Suite 300
North Charleston, SC 29405
(843) 947-6063

*Attorney for Plaintiffs*

November 16, 2026